THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ERIC WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HAL NEDERLAND N.V., a Curacao Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, HOLLAND AMERICA LINE – USA INC., a Washington Corporation, HOLLAND AMERICA LINE, INC., a Washington Corporation, HAL ANTILLEN N.V. a Curacao Corporation, HOLLAND AMERICA LINE USA, INC., a Delaware for-profit corporation, XYZ CORPORATION,<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>CASE NO.: 2:23-CV-01940-JCC<br><br>**JOINT STIPULATION RE CORRECT PARTIES, FOR DISMISSAL OF HAL NEDERLAND N.V., HOLLAND AMERICA LINE – USA INC., HOLLAND AMERICA LINE USA, INC. HAL ANTILLEN N.V., AND XYZ CORPORATION, AND FOR EXTENSION FOR REMAINING DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Filed: 12/18/2023 |

　　　　Based on the Parties JOINT STIPULATION RE CORRECT PARTIES, FOR DISMISSAL OF HAL NEDERLAND N.V., HOLLAND AMERICA LINE – USA INC., HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE USA, INC., HAL ANTILLEN N.V., and XYZ CORPORATION, AND FOR EXTENSION FOR REMAINING DEFENDANTS TO RESPOND TO COMPLAINT, and good cause appearing,

/ / /

/ / /

| | |
|---|---|
| [~~PROPOSED~~] ORDER<br>2:23-CV-01940-JCC | LIPCON, MARGULIES & WINKLEMAN, P.A.<br>1325 FOURTH AVENUE, SUITE 1744<br>SEATTLE, WASHINGTON 98101<br>T: (305) 373-3016  F: (305) 373-6204 |

**IT IS HEREBY ORDERED**:

1. HAL NEDERLAND N.V., HOLLAND AMERICA LINE – USA INC., HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE USA, INC., HAL ANTILLEN N.V., and XYZ CORPORATION are dismissed without prejudice. If any of these entities is later brought back into the case, the filing date for same shall relate back to the original filing date of Plaintiff's Complaint herein.

2. Defendant HOLLAND AMERICA LINE N.V. shall have 15 days from the date of this Order to respond to the Complaint.

3. In future filings, the Parties shall modify the Caption of the case to reflect only the remaining Defendant, HOLLAND AMERICA LINE N.V.

IT IS SO ORDERED.

Dated:  February 12, 2024

Hon. JOHN C. COUGHENOUR
United States District Judge
WESTERN DISTRICT OF WASHINGTON

[~~PROPOSED~~] ORDER
2:23-CV-01940-JCC

LIPCON, MARGULIES & WINKLEMAN, P.A.
1325 FOURTH AVENUE, SUITE 1744
SEATTLE, WASHINGTON 98101
T: (305) 373-3016  F: (305) 373-6204