1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    ERIC WILLIAMS

10         Plaintiff,
         v.

11

12    HAL NEDERLAND N.V. et al.,

13         Defendants.

14

CASE NO.: 2:23-CV-01940-JCC

**ORDER GRANTING MOTION TO
WITHDRAW AS PLAINTIFF'S
ATTORNEYS**

15    Based on the Plaintiff's attorneys' uncontested Motion To Withdraw [ECF No._20_],

16    the Court HEREBY FINDS the Plaintiff's attorney's Motion to Withdraw to be in accordance

17

18    with Local Rule 83.2 and GRANTS the motion. The Court ORDERS and ADJUDGES that

19    Ryan J. Hunt and Lipcon, Margulies & Winkleman, P.A. are to be immediately withdrawn as

20    Plaintiff Eric Williams' attorneys of record in the above-captioned case.  The Plaintiff shall

21    have 60 days to obtain new counsel or advise the Court he wishes to proceed pro se.  This matter

22    is stayed for 60 days.

23    //

24    //

25    //

26

1

Dated the    14th of January    , 2025

2

3

4

5

Hon. JOHN C. COUGHENOUR
United States District Judge
WESTERN DISTRICT OF WASHINGTON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26